# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NICOLE JONES,**<br><br>  Plaintiff,<br><br>vs.<br><br>**CALVARY PORTFOLIO SERVICES, LLC; and DOES 1 through 10, inclusive,**<br><br>  Defendant. | Civil Action No.<br>1:13-cv-00333-UNA<br><br>**VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41a(1), Plaintiff, NICOLE JONES, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice

DATED: May 8, 2013      RESPECTFULLY SUBMITTED,

By: /s/ Amy D. Brown
Amy D. Brown, Esq.
300 Delaware Ave, Suite 800
Wilmington, DE 19801
(302) 888-1112 Telephone
(302) 888-1119 Facsimile
abrown@margolisedelstein.com

*Counsel for Plaintiff,*
*Nicole Jones*

1